UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Clarence E. Spivey

vs. CA 07-449ML

A.T. Wall

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **January 12, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 14 ,2007

Entered as an Order of this Court on December 14 , 2007.

Barbara Barletta
Deputy Clerk