**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

**CLARENCE E. SPIVEY**

**v.** **C.A. 07-449ML**

**A.T. WALL**

**MOTION FOR EXTENTSION OF TIME**

Now comes the above-named petitioner Clarence E. Spivey, pro se, respectfully request that this Honorable Court extend the time in which to file an objection to the State of Rhode Island's **Motion to Dismiss**, dated **January 11, 2008.**

Which was received by petitioner on **January 17, 2008**, In support of this motion, the undersigned petitioner is acting pro se, and will need time to respond. Petitioner, request a (30) day extentsion.

WHEREFORE, petitioner respectfully request for an extentsion of time to file an objection be granted.

Sincerely submitted,

Clarence E. Spivey

Clarence E. Spivey, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION**

I hereby certify that on this 26 day of January 2008 I place a true and correct copy of the within Motion for Extentsion of Time to file an Objection against the State's Motion to Dismiss, to the Attorney General Office, located at 150 South Main Street, Providence, RI 02903.

Clarence E. Spivey

cc:File