**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

**CLARENCE E. SPIVEY**
PETITIONER

vs. C.A. 07-449ML

**A.T. WALL**
RESPONDENT

**MOTION FOR EXTENTSION OF TIME**

NOW comes the petitioner, Clarence E. Spivey, pro se, hereby moves this Honorable Court for an extentsion of time, the petitioner has requested, and is awaiting the receipt of, certain indespensable documents from various State and Federal agencies. Wherefore, petitioner is requesting a (90) day extentsion of time to file his objection to the State's motion to dismiss.

WHEREFORE, petitioner respectfully requests a (90) day extentsion of time to respond be granted.

Sincerely submitted

Clarence E. Spivey
Clarence E. Spviey, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION**

I, the undersigned, hereby certify that on the 25 day of February 2008. I place a true and correct copy of the above Motion for an Extentsion of Time to Object to the State's Motion to Dismiss, to the Attorney General's Office at 150 South Main Street, Providence, RI 02903.

Clarence E. Spivey