UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

**CLARENCE E. SPIVEY, pro se**
**Petitioner**

**vs.** **C.A. 07-449 ML**

**A.T. WALL, et al.**
**Respondent**

**MOTION FOR EXTENTION OF TIME**

NOW comes the petitioner, Clarence E. Spivey, pro se, and requesting that this Honorable Court grant another (90) days extention of time to object to the State's response to the petitioner's application for the following reasons:

1. The petitioner as the Court knows is an incarcerated pro se petitioner. On **May 18,** 2008, The petitioner was placed in segeration herein Maximum Security, and received **25** days lock in segeration. The petitioner has no further access to the **LAW LIBRARY** books, or a **TYPEWRITER** to finish the answer to the State's Motion to Dismiss.

2. The petitioner has **already recovered**, and will be sending the Court copy's of the **F.B.I.** agents : Thomas Currans, **Fraudulant trial testimony.** The prosecutions closing arguments, and the doctors trial testimony who examined the victim. The petitioner is certain that after the Court reviews said documents. The **Accual Innocence Standard** of **SCHULP vs. DELO**, will have clearly been met, and the Federal Court can hear this matter.

3. The petitioner has been contacted by the **F.B.I.** Office, and they're in the process of getting all requested copy's of all documents, and test results pertaining to this case. See attached response letter.

WHEREFORE, petitioner prays that the above request to this Honorable Court be granted, and expects to answer the State's Motion to Dismiss before the (90) days windon expires.

Sincerely submitted,

Clarence E. Spivey, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION**

I, the undersign hereby swear that a true and correct copy of the above said motion was sent to the Attorney General Office, located at 150 South Main Street, Providence, RI 02903. On this **23rd** day of **May** 2008.

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 3, 2008

MR CLARENCE E SPIVEY
POST OFFICE BOX 8273
CRANSTON, RI 02920

Request No.: 1112153- 000
Subject: SPIVEY, CLARENCE E

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division