**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**CLARENCE E. SPIVEY, pro se**
**Petitioner**

**vs.** **C.A. 07-449 ML**

**A.T. WALL, et al.**
**Respondent**

## MOTION FOR EXTENTION OF TIME

NOW comes the petitioner, Clarence E. Spivey, pro se, and requesting that this Honorable Court grant another (90) days extention of time to object to the State's response to the petitioner's application for the following reasons:

1. The petitioner as the Court knows is an incarcerated pro se petitioner. On **May 18,** 2008, The petitioner was placed in segeration herein Maximum Security, and received **25** days lock in segeration. The petitioner has no further access to the **LAW LIBRARY** books, or a **TYPEWRITER** to finish the answer to the State's Motion to Dismiss.

2. The petitioner has **already recovered**, and will be sending the Court copy's of the **F.B.I.** agents : Thomas Currans, **Fraudulant trial testimony.** The prosecutions closing arguments, and the doctors trial testimony who examined the victim. The petitioner is certain that after the Court reviews said documents. The **Accual Innocence Standard** of **SCHULP vs. DELO**, will have clearly been met, and the Federal Court can hear this matter.

3. The petitioner has been contacted by the **F.B.I.** Office, and they're in the process of getting all requested copy's of all documents, and test results pertaining to this case. See attached response letter.

WHEREFORE, petitioner prays that the above request to this Honorable Court be granted, and expects to answer the State's Motion to Dismiss before the (90) days windon expires.

Sincerely submitted,

Clarence E. Spivey

Clarence E. Spivey, pro se
Maximum Security
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION**

I, the undersign hereby swear that a true and correct copy of the above said motion was sent to the Attorney General Office, located at 150 South Main Street, Providence, RI 02903. On this **23rd** day of **May** 2008.

Clarence Spivey