UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLARENCE E. SPIVEY, Petitioner, | : | |
| v. | : | CA 07-449 ML |
| A.T. Wall, Respondent. | : | |

**ORDER**
**GRANTING FINAL EXTENSION**

Before the Court is a Motion for Extension of Time (Document ("Doc.") #7) ("Motion" or "Motion for Extension") filed by Petitioner Clarence E. Spivey ("Petitioner"). By the Motion, Petitioner seeks an additional ninety days in which to file his objection to the State of Rhode Island's Motion to Dismiss Petitioner's Writ of Habeas Corpus (Doc. #3) ("Motion to Dismiss").[1] The Motion for Extension is GRANTED. Petitioner's objection shall be filed **on or before September 18, 2008. Petitioner is advised that the Court will not grant any further extensions.**

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 18, 2008

[1] The Court previously granted Petitioner's request for a ninety day extension of time in which to respond to the Motion to Dismiss. See Docket.